1   Tammy B. Webb (SBN 227593)
    tbwebb@shb.com
2   SHOOK, HARDY & BACON L.L.P.
    One Montgomery, Suite 2700
3   San Francisco, California  94104
    Telephone:  (415) 544-1900
4   Facsimile:  (415) 391-0281

5   Steven A. Zalesin (admitted *pro hac vice*)
    sazalesin@pbwt.com
6   PATTERSON BELKNAP WEBB & TYLER LLP
    1133 Avenue of the Americas
7   New York, New York 10036-6710
    Telephone:   (212) 336-2000
8   Facsimile:    (212) 336-2222

9
    Attorneys for Defendants
10  THE COCA-COLA COMPANY and
    COCA-COLA REFRESHMENTS USA, INC.
11                          UNITED STATES DISTRICT COURT

12                          NORTHERN DISTRICT OF CALIFORNIA

13

14  GEORGE ENGURASOFF and JOSHUA          Case No. 3:13-cv-03990-JSW
    OGDEN, individually and on behalf of all
15  others similarly situated,             **DEFENDANTS THE COCA-COLA
                                           COMPANY AND COCA-COLA
16                 Plaintiffs,             REFRESHMENTS USA, INC'S
                                           ADMINISTRATIVE MOTION TO
17  v.                                     CONSIDER WHETHER CASES SHOULD
                                           BE RELATED**
18  THE COCA-COLA COMPANY and COCA-
    COLA REFRESHMENTS USA, INC.,           Judge: Hon. Jeffrey S. White
19
                   Defendants.             [This document relates to *Ayanna Nobles et al v.
20                                         Coca-Cola Refreshments USA, INC.*, *and The
                                           Coca-Cola Company*, Case No. 3:13-cv-05017-
21                                         SI]

22

23  **TO THE COURT AND ALL PARTIES OF RECORD:**

24          **PLEASE TAKE NOTICE** that a related case, *Ayanna Nobles et al v. Coca-Cola*

25  *Refreshments USA, Inc.*, *and the Coca-Cola Company*, Case No. 3:13-cv-05017-SI, was filed on

26  October 28, 2013 in the U.S. District Court for the Northern District of California.  *Nobles* Compl.

27  attached as Ex. A of Decl. of Tammy Webb.  The *Nobles* case has been assigned to the Honorable

28  Judge Susan Illston; however, the case is related to an earlier-filed action pending before the

1    Honorable Judge Jeffrey S. White captioned *George Engurasoff et al v. The Coca-Cola Company*

2    *and Coca-Cola Refreshments USA*, Inc. Case No. 3:13-cv-03990 JSW (first filed on August 27, 2013

3    and amended on October 21, 2013).  *Engurasoff* Amended Compl. attached as Ex. B of Decl. of

4    Tammy Webb.  Accordingly, pursuant to Local Rules 3-12 and 7-11, Defendants The Coca-Cola

5    Company and Coca-Cola Refreshments USA, Inc., (collectively "Defendants") submit this

6    Administrative Motion to Consider Whether Cases Should Be Related and request that *Nobles*  be

7    transferred to Judge White.

8         Both *Engurasoff* and *Nobles* are putative consumer class actions based on the same set of

9    operative facts.  Indeed, most of the allegations in the *Nobles* complaint appear to be lifted verbatim

10   from the original *Engurasoff* complaint.  In both cases, plaintiffs allege that Defendants' labeling and

11   advertising for Coca-Cola® ("Coke") are unlawful because Defendants do not label phosphoric acid

12   (a common ingredient in soft drinks) as an "artificial flavor" or "chemical preservative," which the

13   *Engurasoff* and *Nobles* plaintiffs allege is required by the federal Food Drug and Cosmetic Act and

14   parallel provisions of California law.  Plaintiffs in both cases seek damages and injunctive relief on

15   behalf of purchasers of Coke in California and/or nationwide during the last 4 years under, *inter alia*,

16   California's Unfair Competition Law (Bus. And Prof. Code §17200 and §17500) and the Consumers

17   Legal Remedies Act (Cal. Civ. Code § 1750).  *Engurasoff* Amended Compl. at ¶¶ 140-212; *Nobles*

18   Compl. at ¶¶ 85-149.

19        Transferring *Nobles* to Judge White would allow for the court to (1) eliminate duplicative

20   discovery; (2) avoid conflicting rulings and schedules; (3) reduce litigation costs; and (4) conserve

21   the time and effort of parties, attorneys, witnesses, and the courts.  Civil Local Rule 3-12(b) (a

22   related action is one that "appears likely that there will be an unduly burdensome duplication of

23   labor and expense or conflicting results if the cases are conducted before different Judges").   As

24   discussed above, the legal claims in these complaints substantially overlap, and as such, Plaintiffs in

25   each case will almost certainly seek the same documents and information.  Transfer of *Nobles* before

26   Judge White would eliminate duplicative discovery requests and depositions and facilitate the

27   resolution of discovery disputes.  Additionally, both cases are based on the same alleged fraud,

28

1    deceit and/or misrepresentations and both seek class certification.  Moreover, the *Nobles* case should

2    be transferred to Judge White because the *Engurasoff* case pending before Judge White was the first

3    filed.   Judge White has already ordered a briefing schedule on Defendants' motion to dismiss,

4    pursuant to which Defendants' motion to dismiss is due to be filed on November 22, 2013.

5    Defendants' deadline to respond to the *Nobles* complaint is not until December 30, 2013.

6    Accordingly, the legal issues that Defendants believe are fatal to both complaints will be joined in

7    the *Engurasoff* case in front of Judge White before Defendants are required to respond to the *Nobles*

8    complaint.   Transfer of *Nobles* to Judge White is necessary to prevent inconsistent rulings and will

9    conserve judicial resources by allowing one judge to focus on issues of these cases.

10           Hence *Engurasoff* and *Nobles* are related pursuant to Civil Local Rule 3-12 because both

11   actions concern substantially the same parties and transactions, and litigating these cases before

12   different Judges in this District will result in an unduly burdensome duplication of labor and expense

13   and create the potential for conflicting results.   For the foregoing reasons, Defendants request that

14   the Court deem *Engurasoff* and *Nobles* related pursuant to Civil Local Rule 3-12, and that *Nobles* be

15   reassigned to Judge White.

16

17   Dated:  November 18, 2013                    SHOOK, HARDY & BACON L.L.P.

18                                                By:   /s/ Tammy B. Webb_____
                                                       TAMMY B. WEBB
19
                                                 Attorneys for Defendants
20                                               THE COCA-COLA COMPANY and
                                                 COCA-COLA REFRESHMENTS USA, INC.
21

22

23

24

25

26

27

28

154758 v2