1  Tammy B. Webb (SBN 227593)
   tbwebb@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
3  San Francisco, California 94104
   Telephone: (415) 544-1900
4  Facsimile: (415) 391-0281

5  Steven A. Zalesin (admitted *pro hac vice*)
   sazalesin@pbwt.com
6  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
7  New York, New York 10036-6710
   Telephone: (212) 336-2000
8  Facsimile: (212) 336-2222

9
   Attorneys for Defendants
10 THE COCA-COLA COMPANY and
   COCA-COLA REFRESHMENTS USA, INC.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| 14 | GEORGE ENGURASOFF and JOSHUA OGDEN, individually and on behalf of all others similarly situated, | Case No. 3:13-cv-03990-JSW |
|---|---|---|
| 15 | | **STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | THE COCA-COLA COMPANY and COCA-COLA REFRESHMENTS USA, INC., | |
| 19 | | Judge: Hon. Jeffrey S. White |
| 20 | Defendants. | |

24  Pursuant to Civil Local Rules 6.1(b) and 7-7, Plaintiffs George Engurasoff and Joshua Ogden
25 ("Plaintiffs"), and Defendants The Coca-Cola Company and Coca-Cola Refreshments USA, Inc.
26 ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby
27 stipulate as follows:
28  WHEREAS, the Complaint was served on Defendants on September 13, 2013;

1    WHEREAS, the Court granted the Parties' Stipulation and Proposed Order Extending Time
2    to File Response to Complaint and Setting Briefing Schedule for Motion to Dismiss on September
3    24, 2013 (Dkt. No. 10);
4    WHEREAS, Plaintiffs' Amended Complaint was filed on October 21, 2013 (Dkt. No. 15);
5    WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint on
6    November 22, 2013 (Dkt. No. 30);
7    WHEREAS, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss on January 10,
8    2014 (Dkt. No. 33);
9    WHEREAS, Defendants' Reply Brief in support of its Motion to Dismiss Plaintiffs'
10   Amended Complaint is currently due on January 31, 2014; and
11   WHEREAS, the hearing date on Defendants' Motion to Dismiss Plaintiffs' Amended
12   Complaint is currently set for February 21, 2014;
13   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through
14   their respective attorneys of record that:

15   1. Due to the unavailability of plaintiffs' counsel on February 21, 2014 and the
16      unavailability of defense counsel after March 7, 2014, the current hearing date for
17      Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is continued from
18      February 21, 2014 to March 4, 2014, or, if that date is not convenient for the Court, to
19      March 7, 2014;

20   2. Pursuant to the agreement of the parties, in the event the hearing date on Defendants'
21      Motion to Dismiss Plaintiffs' Amended Complaint is continued pursuant to Paragraph 1
22      above, the deadline for Defendants to file their Reply Brief in support of their Motion to
23      Dismiss is extended to February 7, 2104; and

24   3. Pursuant to the agreement of the parties, in the event the hearing date on Defendants'
25      Motion to Dismiss Plaintiffs' Amended Complaint is continued pursuant to Paragraph 1
26      above, the Initial Case Management Conference currently set for February 21, 2014 is
27      continued to the date on which the hearing on Defendants' Motion to Dismiss is reset,

28

2

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:13-CV-03990-JSW

277317 v2

with the Initial Case Management Conference to take place following the hearing on Defendants' Motion to Dismiss.

Dated: January 21, 2014                    SHOOK, HARDY & BACON L.L.P.

                                           */s/ Tammy B. Webb*_____
                                           TAMMY B. WEBB

                                           Attorneys for Defendants
                                           THE COCA-COLA COMPANY and
                                           COCA-COLA REFRESHMENTS USA, INC.

3

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:13-CV-03990-JSW

277317 v2

| | |
|---|---|
| Dated: January 21, 2014 | FLEISCHMANN LAW FIRM |
| | */s/ Bradley F. Silverman*<br>BRADLEY F. SILVERMAN |
| | Attorneys for Plaintiffs<br>GEORGE ENGURASOFF and<br>JOSHUA OGDEN |

Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Tammy B. Webb*
Tammy B. Webb

### [~~PROPOSED~~] ORDER

The Court hereby orders that:

1. The current hearing date for Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is continued from February 21, 2014 to March ~~4~~ 21, 2014 at 9 a.m. ~~/ p.m.~~;

2. The Initial Case Management Conference currently set for February 21, 2014 is continued to March 21, 2014 at 1:30 ~~a.m.~~ / p.m. The deadline to file the reply brief is not extended because there was no showing of good cause.

**IT IS SO ORDERED.**

Dated: January 29, 2014

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 3:13-cv-03990-JSW

277317 v2