# UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COCA-COLA PRODUCTS MARKETING
AND SALES PRACTICES LITIGATION                    MDL No. 2535

(SEE ATTACHED SCHEDULE)

## ORDER DEEMING MOTION WITHDRAWN

Before the Panel is a motion by plaintiff Bristol I. Aumiller, filed pursuant to 28 U.S.C. § 1407. In his motion, plaintiff seeks centralization of the actions listed on the attached schedule in the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw his Section 1407 motion.

IT IS THEREFORE ORDERED that defendant's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: COCA-COLA PRODUCTS MARKETING
AND SALES PRACTICES LITIGATION                              MDL No. 2535

## SCHEDULE A

**DIST   DIV.   C.A.NO.        CASE CAPTION**

**ARKANSAS EASTERN**
ARE    4      13-00690       Rankin v. Coca-Cola Company et al

**CALIFORNIA NORTHERN**
CAN    3      13-03990       Engurasoff et al v. The Coca-Cola Company et al
CAN    3      13-05017       Nobles et al v. Coco-Cola Refreshments USA Inc et al
CAN    4      14-01067       Merritt v. BCI Coca-Cola Bottling Company of Los Angeles et al

**FLORIDA NORTHERN**
FLN    4      14-00013       Aumiller v. Coca-Cola Company et al