IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE ENGURASOFF, et al.,

    Plaintiffs,

    v.

THE COCA-COLA COMPANY, et al.,

    Defendants.

No. C 13-03990 JSW

**ORDER REGARDING MOTIONS**

Now before the Court is the administrative motion filed by Plaintiffs to "adjourn all proceedings in the above-captioned class action pending a determination of a forthcoming motion to consolidate . . . ." The Court DENIES the motion to adjourn all proceedings. Nevertheless, the Court finds it would be more efficient to hear all of the motions in the related cases on the same day. Therefore, the Court HEREBY CONTINUES the hearing on the pending motion to dismiss to June 20, 2014 at 9:00 a.m. and the case management conference to July 11, 2014 at 11:00 a.m. The Court will continue the pending motions in the related case to the same date.

To the extent Plaintiffs seek to consolidate this action with the other cases with similar allegations, Plaintiffs must first file a motion to relate *Aumiller v. The Coca-Cola Company*, Civ. Case No. 14-1447 CRB to this action. Plaintiffs shall file the motion to relate by no later than April 8, 2014. Assuming the cases are related, Plaintiff may file a motion to consolidate or, if all parties in all four cases agree, a stipulation to consolidate. If Plaintiffs file a motion to

///

consolidate, such motion shall be filed by no later than April 24, 2014 and shall be noticed to be heard on the same date as the other motions, June 20, 2014.

**IT IS SO ORDERED.**

Dated: April 3, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2