IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ENGURASOFF, et al., | |
| Plaintiffs, | No. C 13-03990 JSW |
| v. | |
| THE COCA-COLA COMPANY, et al., | **ORDER VACATING HEARING** |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss and the motion to consolidate which have been noticed for hearing on Friday, August 8, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date on these motions are hereby VACATED. The motion to dismiss and the motion to consolidate will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: August 5, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE